①

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke (Division)

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
MAY 15 2009
BY: JOHN P. CORCORAN, CLERK
     /s/ , DEPUTY CLERK

Michael Harris
M.F. Harris Research Inc
_____
Plaintiff

Civil Action No. 7:09-CV-00182

Jeffery Seto ETAL
Deep Blue Inc - Officers, Kevin Kendrick
_____  Matthew S Johnson,
Defendant                    Nancy Ferguson   Dr. Stephen
                                              Guthrie
                                              MD
                                              PhD

Complaint:

① Fraud
② Violation Fiduciary Duties
③ Conflict of Intrest
④ Defrauding Investors of Q $30 million
⑤ Stealing Corporate Documents/Property
⑥ obtaining moneys under False Pretenses
⑦ Violation of Confidentiality Agreements

Complaint Cont.

⑧ Keeping Medical Treatment From going Forward.

⑨ Claiming Research Personnel By my Company was Theirs.

It is my opinion that this needs to be put if the Attention of a Federal Judge Because Fraud was comitted & Prevented Medical Treatments from moving Forward and a Large Amount of Money was ~~Fradently~~ obtained under False Pretenses and Believe These Individuals will continue unless stopped

5/15/09