# Virginia Courts Case Information

Name List    Pleadings/Orders    Services    Main Menu    Logoff

Salem Circuit - Criminal Division
Case Details

| Case Number: CR07000635-00 | Filed: 12/06/2007 | Commenced by: Direct Indictment | Locality: COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant: SETO, JEFFREY KEAKEALANI | Sex: Male | Race: White Caucasian | DOB: 07/01/**** |
| Address: SALEM, VA 24153 | | | |
| Charge: OBTAIN PROPERTY FALSE PRETENSE | Code Section: 18.2-178 | Charge Type: Felony | Class: |
| Offense Date: 10/04/2007 | Arrest Date: 02/21/2008 | | |

## Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/14/2007 | 9:00AM | Grand Jury | 1 | | | | True Bill/Arrested on Capias |
| 2 | 01/10/2008 | 8:30AM | Advise about Attorney | 1 | | | | Carried Over |
| 3 | 01/17/2008 | 8:30AM | Advise about Attorney | 1 | | | | Arrested on Capias |
| 4 | 01/23/2008 | 1:30PM | Advise about Attorney | 1 | | | | Granted |
| 5 | 02/21/2008 | 9:00AM | To Be Set | 1 | | | | Set for Trial |
| 6 | 03/05/2008 | 11:30AM | Motion/Other Pre-Trial | 1 | | | | Carried Over |
| 7 | 03/07/2008 | 9:30AM | Motion/Other Pre-Trial | 1 | | | | Carried Over |
| 8 | 03/12/2008 | 9:30AM | Trial | 1 | Not Guilty | 1 hour(s) 30 minutes | | Defense needs/changes Attorney |
| 9 | 03/13/2008 | 11:00AM | Motion/Other Pre-Trial | 1 | | | | Granted |
| 10 | 04/11/2008 | 11:00AM | Motion/Other Pre-Trial | 1 | | 30 minutes | | Withdrawn |
| 11 | 05/16/2008 | 10:30AM | Trial | 1 | Not Guilty | 1 hour(s) 30 minutes | | Under Advisement |
| 12 | 05/15/2009 | 2:00PM | Under Advisement | 1 | | | | |

## Final Disposition

| Disposition Code: | Disposition Date: | Concluded By: |
|---|---|---|
| Amended Charge: | Amended Code Section: | Amended Charge Type: |

| Jail/Penitentiary: | Concurrent/Consecutive: | Life/Death: |
|---|---|---|
| Sentence Time: | Sentence Suspended: | Operator License Suspension Time: |
| Fine Amount: | Costs: $745.00 | Fines/Cost Paid: Yes |
| Program Type: | Probation Type: Supervised | Probation Time: 12 Month(s) |
| Probation Starts: | Court/DMV Surrender: | Driver Improvement Clinic: |
| Driving Restrictions: | Restriction Start Date: | Restriction End Date: |

| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: $0.00 |
|---|---|---|
| Military: | Traffic Fatality: | |

**Appealed Date:**

Name List    Pleadings/Orders    Services    Main Menu    Logoff